AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-CV-4334

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Rock City Kicks, LLC**
was recieved by me on **6/20/2023**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Roderick Bozeman Manager**, who is designated by law to accept service of process on behalf of **Rock City Kicks, LLC** at **200 N Bowman Rd Suite 13, Little Rock, AR 72211** on **06/21/2023 at 12:11 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  06/21/2023

*Server's signature*

**Kourtney Justice-Martin**
*Printed name and title*

**2208 Chapel Hill Rd
Jacksonville, AR 72076**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Roderick Bozeman Manager who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**





Tracking #: **0108914662**