IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAMON JONES, Individually, and On Behalf of All Others Similarly Situated | : : : : | Civil Action No. 23-cv-4334 (RA) |
| Plaintiffs, | : : | |
| v. | : : | |
| ROCK CITY KICKS, LLC | : : | |
| Defendant. | : : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Gary J. Repke, Jr., Esquire, on behalf of Defendant, Rock City Kicks, LLC.

                                      **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

Dated:  July 12, 2023      **BY**: _____
                                      **GARY J. REPKE, JR., ESQ.**
                                      55 Broadway, Suite 901
                                      New York, NY 10006
                                      Tel.:   212.871.7400
                                      Email: grepke@cohenseglias.com
                                      *Attorneys for Defendant,*
                                      *Rock City Kicks, LLC*

## CERTIFICATE OF SERVICE

    I, Gary J. Repke, Jr., hereby certify that on July 12, 2023, a true and correct copy of the foregoing Notice of Appearance was served via the Court's ECF System on all counsel of record.

Dated:  July 12, 2023        **BY**:   _/s/ Gary J. Repke, Jr._
                                               **GARY J. REPKE, JR., ESQ.**