

Gary J. Repke, Jr.<br>
Attorney At Law<br><br>
55 Broadway<br>
Suite 901<br>
New York, NY 10006<br>
T: 212.871.7400 | D: 212.871.7016<br>
grepke@cohenseglias.com<br>
www.cohenseglias.com

July 12, 2023

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      ***Re:***    ***Damon Jones v. Rock City Kicks, LLC***
               ***United States District Court for the Southern District of New York***
               ***Docket No. 23-cv-4334 (RA)***

Dear Judge Abrams:

      This firm represents defendant, Rock City Kicks, LLC, in the above-captioned matter.

      The deadline to respond to the Complaint is July 12, 2023, and we write to respectfully request an extension of 29 days until August 11, 2023 so that the parties can continue to discuss a potential settlement. This is the first request for an extension, and Plaintiff's counsel consents to the extension.

      We appreciate your courtesies in this matter. Thank you.

                                                Respectfully,

                                                Gary J. Repke, Jr.

GJR:bb
cc:     Mars Khaimov, Esquire (via email – mars@khaimovlaw.com)