UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, *on behalf of himself and all others similarly situated*,

                Plaintiff,

      v.

ROCK CITY KICKS, LLC,

                Defendant.

No. 23-CV-4334 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 14, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. No letter has been filed to date. Plaintiff served the summons and complaint on June 21, 2023, and Defendant filed an answer on August 10, 2023.

The parties shall submit their joint letter no later than September 20, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 12, 2023
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge