

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Sq.
New York, NY 10007

September 20, 2023

      Re:    *Case 1:23-cv-04334-RA Jones v. Rock City Kicks, LLC*
              Request for Referral to Mediation

Dear Judge Abrams:

      The Parties submit this letter jointly to respectfully request that the Court issue a referral to the District's Mediation Program.

      We thank Your Honor for Your attention and consideration herein.

      Respectfully submitted,

      *Mars Khaimov, Esq.*
      Attorney for Plaintiff

      *Paul V. Lucas, Esq.*
      Attorney for Defendant

