```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

ROCK CITY KICKS, LLC,

                Defendant.

No. 23-CV-4334 (RA)

MEDIATION REFERRAL ORDER

---

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:    September 21, 2023
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge