UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAMON JONES, on behalf of himself and all others similarly situated,

                            Plaintiffs,

    -against-

ROCK CITY KICKS, LLC,

                            Defendant.
----------------------------------------------------------------X

Case No. 1:23-cv-4334-RA

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: November 15th, 2023

New York, New York

Mars Khaimov Law, PLLC

By: _____

Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

Cohen Seglias Pallas Greenhall & Furman PC

By: _____

Paul Lucas, Esq.
55 Broadway, Suite 901
New York, New York 10006
(212) 871-7060
plucas@cohenseglias.com
*Attorneys for Defendant*

SO ORDERED.

_____
Hon. Ronnie Abrams
November 17, 2023

4895-5040-3388.1